UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO MORENO,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>LARRY SMALL,<br><br>　　　　　　Respondent.<br>_____ / | 1:09-cv-00272 GSA (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

　　　IT IS SO ORDERED.

　　　Dated:   April 8, 2009            /s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE