# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO MORENO, | 1:09-CV-00272 GSA HC |
| Petitioner, | ORDER DIRECTING PARTIES TO BRIEF ISSUE OF TIMELINESS |
| v. | ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS ON ATTORNEY GENERAL |
| LARRY SMALL, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. He has returned his consent/decline form indicating consent to the jurisdiction of the Magistrate Judge.

The Court has conducted a preliminary review of the Petition. Petitioner challenges a spousal rape conviction in the Kings County Superior Court. It appears that the instant petition may be untimely. Accordingly, pursuant to Rule 4 of the Rules Governing Section 2254 Cases and Rule 16 of the Federal Rules of Civil Procedure,[1] the Court HEREBY ORDERS:

---

[1] The Federal Rules of Civil Procedure "apply to proceedings for habeas corpus ... to the extent that the practice in those proceedings (A) is not specified in a federal statute, the Rules Governing Section 2254 Cases, or the Rules Governing Section 2255 Cases; and (B) has previously conformed to the practice in civil actions." Fed.R.Civ.P. 81(a)(4). Rule 11 also

1. Respondent SHALL FILE a BRIEF addressing the issue of timeliness and whether the instant petition is barred by the statute of limitations within **SIXTY (60) days** of the date of service of this order.
2. Petitioner MAY FILE a BRIEF in response within **THIRTY (30) days** of the date Respondent's BRIEF is filed with the Court.
3. Respondent SHALL COMPLETE and RETURN to the Court within **THIRTY (30) days** a Consent/Decline form indicating whether Respondent consents or declines to consent to the jurisdiction of a the United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(c)(1).
4. The Clerk of the Court is DIRECTED to SERVE a copy of this order on the Attorney General or his representative.

All motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court. Local Rule 78-230(h). Extensions of time will only be granted upon a showing of good cause. All provisions of Local Rule 11-110 are applicable to this order.

IT IS SO ORDERED.

Dated: **May 12, 2009**         /s/ **Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE

---

provides "[t]he Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provision or these rules, may be applied to a proceeding under these rules." Rule 11, Rules Governing Section 2254 Cases.