# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO MORENO,<br><br>             Petitioner,<br><br>   v.<br><br>LARRY SMALL, Warden,<br><br>             Respondent. | 1:09-CV-00272 GSA HC<br><br>ORDER TO FILE CONSENT/DECLINE FORM OR SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH A COURT ORDER<br><br>[Doc. #7] |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On May 12, 2009, a Scheduling Order was issued in this case wherein Respondent was directed to file a completed consent/decline form within thirty days. Over thirty days have passed and Respondent has not complied.  Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, Respondent is HEREBY ORDERED to, within ten (10) days of service of this order, FILE a completed consent/decline form, or SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply with a court order.

IT IS SO ORDERED.

Dated:   **August 26, 2009**                    **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE